AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00137 |
| TOMMY FREDERICK ALLAN | ) | Assigned to: Judge Robin M. Meriweather |
| | ) | Assign Date: 1/20/2021 |
| AKA: UNKOWN N | ) | Description: COMPLAINT W/ ARREST WARRANT |
| **Date of Birth:  XXXXXXXX** | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 U.S.C. 1752(a)(2) | Knowingly Engages in Disorderly or Disruptive Conduct in any Restricted Building or Grounds |
| 40 U.S.C. 5104(e)(2)(A),(D), (G) | Violent Entry and Disorderly Conduct on Capitol Grounds |
| 18 U.S.C. 641 | Theft of Government Property (under $1,000) |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

JEREMY LINTON , Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:   01/21/2021

*Judge's signature*

City and state:   Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*