AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.

TOMMY FREDERICK ALLAN

AKA: UNKNOW N

)
)
)
)
)
)
)

Case: 1:21-mj-00137
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/20/2021
Description: COMPLAINT W/ ARREST WARRAN

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    TOMMY FREDERICK ALLAN                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☒ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

| | |
|---|---|
| 18 U.S.C. 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 U.S.C. 1752(a)(2) | Knowingly Engages in Disorderly or Disruptive Conduct in any Restricted Building or Grounds |
| 40 U.S.C. 5104(e)(2)(A),(D), (G) | Violent Entry and Disorderly Conduct on Capitol Grounds |
| 18 U.S.C. 641 | Theft of Government Property (under $1,000) |

2021.01.20
21:52:17 -05'00'

Date:     01/21/2021

*Issuing officer's signature*

City and state:          Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/20/2021 , and the person was arrested on *(date)* 1/22/2021
at *(city and state)* GRANITE BAY, CALIFORNIA.

Date: 1/22/2021

*Arresting officer's signature*

DAVE SIEBER, SPECIAL AGENT
*Printed name and title*