UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TOMMY ALLAN,<br><br>Defendant. | Criminal No. 1:21-CR-64 (CKK) |

### NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Trial Attorney Steven Ward is entering his appearance in the above-captioned matter as co-counsel for the United States.

DATED: May 6, 2021

                                        Respectfully submitted,

                                        CHANNING PHILLIPS
                                        ACTING UNITED STATES ATTORNEY
                                        D.C. Bar Number 415793

By: _____
       Steven Ward
       Trial Attorney
       D.C. Bar Number 395410
       National Security Division
       Counterterrorism Section
       950 Pennsylvania Avenue, N.W. Rm. 7610
       Washington, D.C. 20530
       Telephone: (202) 305-2461
       Email: Steven.Ward@usdoj.gov