UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No.: 21-CR-64 (CKK) |
| : | |
| v. : | |
| : | |
| TOMMIE FREDERICK ALLAN, : | |
| : | |
| Defendant. : | |

NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the undersigned counsel withdraws his appearance in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: /s/ Steven Ward

Trial Attorney
D.C. Bar No. 395410
Department of Justice
National Security Division
Counterterrorism Section
Phone: (202) 305-2461
Email: steven.ward@usdoj.gov

CERTIFICATE OF SERVICE

On this 24th day of May 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Steven Ward

STEVEN WARD
Trial Attorney
Department of Justice
National Security Division