Your Honor.

I am writing this letter to acknowledge responsibility for my behavior on January 6, 2021, to express sincere remorse and to apologize to the victims.  On January 6, I participated in the storming of the capital and the mayhem that followed. I also picked up a display flag from the corridor and carried it with me and I stole a pamphlet from the senate chambers. Later, I destroyed the pamphlet, purchased a new phone, and deleted my social media sites. I was wrong. I should have never entered the capital building or engaged with the crowd.  By my unwelcomed presence, I potentially intimidated others, disrupted the certification of the presidential election, and defiled the Country's Capitol, a building I immensely cherish and respect.  My actions did not advance the causes of freedom and liberty but instead created an impediment.  My actions were inconsistent with my morals, beliefs, and overall approach to life; honesty, integrity, hard work, family, country, and God.  I deeply regret my behavior and feel profoundly ashamed.

I owe an apology to all that were at the Capital on January 6.  In particular, I apologize to members of congress and their staff, the Capital Police and other law enforcement officers. I apologize for invading their work space, disrupting a monumental day, and, although I didn't engage or witness any violence, for any intimidation, harm or damage that may have occurred due to the collective action of the crowd. I also want to apologize to the nation and my local community for failing to be an effective ambassador of freedom and liberty.

What I did on January 6th was wrong.  I deserve to be punished. This exceptional nation requires justice be served.  Equal justice under the law. I have spent the last two years accepting the reality that I am going to prison.  This realization process has manifested change in my life.  I now love my wife more deeply, I play more often with my kid and homeschool her a bit longer each day, I work intently to strengthen my business hoping it will survive in my absence, my faith has been fortified, I sometimes cry but I savor each and every day.  I know I am going to prison, but I want to be freed as soon as possible so that I continue to love and provide for my family, and contribute to my community.  I find myself at your mercy.  Your honor, I am humbly requesting mercy and compassion when considering my prison term.

Respectfully submitted,


Tom Allan