UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TOMMY ALLAN,<br><br>   Defendant. | Case No. 21-cr-64-CKK |

**GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to dismiss Counts 1 and 3 through 8 of the Second Superseding Indictment (ECF No. 30).

On August 11, 2022, the defendant pled guilty to Count 2 of the Second Superseding Indictment. The defendant was sentenced on December 8, 2022. Pursuant to the plea agreement, the government hereby moves to dismiss Counts 1 and 3 through 8, the remaining counts of the Second Superseding Indictment.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:   */s/ Robert Juman*
ROBERT JUMAN
Assistant United States Attorney
Bar No. NJ 033201993
United States Attorney's Office, Detailee
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (786) 514-9990
E-mail: Robert.juman@usdoj.gov