UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

TOMMY ALLAN,

Defendant.

Case No. 21cr00064 (CKK)

ORDER
(December 19, 2022)

Pending before this Court is the Government's [48] Motion to Dismiss Remaining Counts, which requests that this Court "dismiss Counts 1 and 3 through 8 of the Second Superseding Indictment (ECF No. 30)." Govt. Mot., ECF No. 48, at 1. On August 11, 2022, Defendant pled guilty to Count 2 of the Second Superseding Indictment, and Defendant's sentencing was held on December 8, 2022. Accordingly, it is this 19th day of December 2022,

ORDERED that the Government's [48] Motion to Dismiss Remaining Counts is GRANTED. Counts 1 and 3 through 8 of the Second Superseding Indictment are hereby dismissed.

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE