UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.    )<br>)<br>TOMMY ALLAN,    )<br>)<br>Defendant.    )<br>_____ ) | No. 21-064 (CKK) |

### UNOPPOSED MOTION TO DELAY SELF-SURRENDER DATE

Defendant, Tommy Allan, through counsel, respectfully requests that the Court order that that his current self-surrender date of April 3, 2023, be delayed until no sooner than April 30, 2023.  Below are the reasons in support:

(1) Mr. Allan appeared for sentencing on December 8, 2022, where a sentence of 21 months' incarceration was imposed followed by 36 months of supervised release.

(2) The Court also allowed Mr. Allan to voluntarily self-surrender to serve his sentence and further ordered that it not be before March 30, 2023 based on an anticipated surgery date of January 26, 2023.

> 12/14/2022
>
> Dear Tommy F Allan,
>
> **You are scheduled for surgery on 1/26/23 with Dr. Parent at the Folsom Ambulatory Surgery Center: 285 Palladio Parkway, Folsom, CA 95630.**
>
> **Your surgery scheduling coordinator, Amanda Le, can be reached at (916) 878-4097.**
>
> If you need to cancel your surgery, please notify us immediately. Usually, with sufficient notice we can offer surgery to other patients that are waiting. Please note that on rare occasions emergency surgery cases may postpone your surgery.
>
> If you have any additional questions, please do not hesitate to contact our office.
>
> **APPOINTMENTS:**
>
> **Pre-Operative Appointments**

(3) Unfortunately, Mr. Allan's surgery was postponed until March 9, 2023, based on the

fact that he tested positive for COVID-19 prior to his surgery on January 23, 2023.[1]

> 1/25/2023
>
> Dear Tommy F Allan,
>
> **You are scheduled for surgery on 3/9/23 with Dr. Parent at the Folsom Ambulatory Surgery Center: 28 Palladio Parkway, Folsom, CA 95630.**
>
> **Your surgery scheduling coordinator, Amanda Le, can be reached at (916) 878-4097.**
>
> If you need to cancel your surgery, please notify us immediately. Usually, with sufficient notice we can offer surgery to other patients that are waiting. Please note that on rare occasions emergency surgery cases may postpone your surgery.
>
> If you have any additional questions, please do not hesitate to contact our office.

(4) Mr. Allan has been notified of his responsibility to report to MDC Los Angeles on April 3, 2023, to serve his 21 months' incarceration.

(5) Given the recommended recovery time after his newly scheduled surgery date of March 9, 2023, Mr. Allan respectfully requests a brief delay of his currently scheduled self-surrender date until April 30, 2023. This brief delay will ensure that Mr. Allan does not serve his time before he is fully recovered. This is also important given the fact that he has been designated to a pre-trial detention BOP facility in downtown LA and not a medical facility.

(6) Mr. Allan does not pose a risk of flight and has been compliant with his voluntary surrender requirements.

(7) Undersigned counsel discussed this with United States Probation and counsel for the government and both parties do not oppose this request.

---

[1] It is standard practice to test individuals for COVID-19 prior to medical procedures. Counsel provided a copy of his test results to probation.

**Conclusion**

For these reasons, Mr. Allan respectfully requests that the Court grant this motion to delay the date he must self-surrender to serve his sentence no sooner than April 30, 2023.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Maria N. Jacob
D.C. Bar No. 1031486
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Maria_Jacob@fd.org