UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   No. 21-064 (CKK) |
| | ) |
| TOMMY ALLAN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Unopposed Motion to Delay Self-Surrender, it is on this 9th day of February 2023,

ORDERED that said motion be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that the current order to self-surrender issued to Tommy Allan ordering him to report to MDC Los Angeles on April 3, 2023, be delayed until no sooner than April 30, 2023.

Dated 9, day of February 2023.

_____
Honorable Collen Kollar-Kotelly
United States District Judge